

E-Filed: 11/20/08

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Jose Ruben Baez, ) | CV 08-6127-PSG (Ex) |
| ) | |
| PLAINTIFF, ) | **DISMISSAL BY COURT** |
| -VS- ) | **FOR LACK OF SUBJECT** |
| ) | **MATTER JURISDICTION** |
| HSBC Bank, U.S.A., ) | |
| ETC. ) | |
| DEFENDANT. ) | |

On October 20, 2008, the Court issued an Order to Show for Lack of Subject Matter Jurisdiction. A written response to this Order to Show Cause was ordered to be filed not later than November 10, 2008.

To this date, no written response to the Order to Show Cause has been filed with the Court.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed.

Dated: 11/20/08

_____
United States District Judge